1  Richard Lyon (Cal. Bar No. 229288)
   rick@dovel.com
2  Simon Franzini (Cal. Bar No. 287631)
   simon@dovel.com
3  DOVEL & LUNER, LLP
4  201 Santa Monica Blvd., Suite 600
   Santa Monica, California 90401
5  Telephone: (310) 656-7066
   Facsimile: (310) 656-7069
6
7  *Attorneys for Plaintiff*

8

9              **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA**

11  GUITY HAMZEH, individually and on behalf of )   Case No. 4:24-cv-00472-HSG
    all others similarly situated,              )
12                                              )
                            Plaintiff,          )
13                                              )   **STIPULATION AND ORDER**
            v.                                  )   **CONTINUING DEADLINE FOR**
14                                              )   **INTIAL CASE MANAGEMENT**
    PHARMAVITE LLC and NATURE MADE              )   **STATEMENT**
15  NUTRITIONAL PRODUCTS;                       )
                                                )
16                          Defendants.         )
                                                )
17  _____   )

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND ORDER RE INITIAL CMC STATEMENT

WHEREAS on January 25, 2024, Plaintiff filed its Class Action Complaint.

WHEREAS on January 26, 2024, the Court entered its Order Setting Initial Case Management Conference (Dkt. 7) that set the Initial Case Management Conference for April 30, 2024 and the Initial Case Management Statement for one week earlier on April 23, 2024.

WHEREAS on April 16, 2024, the Court continued the Initial Case Management Conference until June 6, 2024 but did not expressly re-set the date for the Initial Case Management Statement.

WHEREAS, Defendants filed a Motion to Dismiss on April 15, 2024, and Plaintiff plans to amend its Class Action Complaint by the April 29, 2024, response deadline.

NOW THEREFORE, Plaintiff and Defendants agree and respectfully request that the deadline for the Initial Case Management Statement be extended until one week before the Initial Case Management Conference: May 30, 2024.  Because Plaintiff intends to amend its Class Action Complaint, Defendant would like an opportunity to evaluate the new Complaint before submitting the Initial Case Management Statement so that the parties can provide a more meaningful Statement.

Dated:  April 23, 2024                    DOVEL & LUNER, LLP


                                          By:   /s/ Richard Lyon
                                                Rick Lyon, Esq.
                                                Simon Franzini, Esq.
                                                Attorneys for Plaintiff Guity Hamzeh

Dated:  April 23, 2024                    TATRO TEKOSKY SADWICK LLP


                                          By:   /s/ René P. Tatro
                                                René P. Tatro, Esq.
                                                Attorneys for Defendants Pharmavite LLC and
                                                Nature Made Nutritional Products

1

SIGNATURE CERTIFICATION

2

       Pursuant to Local Rule 5-1(i)(3) of the Local Rules of the U.S. District Court for the Northern

3

District of California, I certify that all signatories concur in the content of this document and have

4

authorized the filing of this document.

5

6

Dated:  April 23, 2024                  DOVEL & LUNER, LLP

7

By:   _/s/ Rick Lyon_____

8

            Rick Lyon, Esq.
            Attorneys for Plaintiff Guity Hamzeh

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE INITIAL CMC STATEMENT

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/24/2024

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

STIPULATION AND ORDER RE INITIAL CMC STATEMENT