René P. Tatro (SBN 078383)
Juliet A. Markowitz (SBN 164038)
TATRO TEKOSKY SADWICK LLP
7083 Hollywood Blvd., Suite 500
Los Angeles, CA  90028
Telephone:    (213) 225-7171
Facsimile:     (213) 225-7151
E-mail:          rtatro@ttsmlaw.com
                    jmarkowitz@ttsmlaw.com

Attorneys for Defendants Pharmavite LLC
and Nature Made Nutritional Products

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUITY HAMZEH, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>PHARMAVITE LLC and NATURE MADE NUTRITIONAL PRODUCTS;<br><br>       Defendants. | Case No. 4:24-cv-00472-HSG<br><br>**STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND STRIKE ALLEGATIONS IN PLAINTIFF'S AMENDED COMPLAINT** |

WHEREAS on April 29, 2024, plaintiff Guity Hamzeh ("Plaintiff") filed an Amended Complaint (the "FAC") in lieu of opposing the motion to dismiss filed by defendants Pharmavite LLC and Nature Made Nutritional Products (collectively, "Defendants") (Dkt. No. 42);

WHEREAS on May 13, 2024, Defendants filed a motion to dismiss and strike certain allegations in the FAC (Dkt. No. 46) (the "Motion"), noticed for hearing on July 11, 2024;

WHEREAS, pursuant to N.D. Cal. Local Rule 7-3, Plaintiff's opposition to the Motion is due on or before May 27, 2024 (*i.e.*, 14 days after the filing of the Motion), and Defendants' reply is due on or before June 3, 2024 (*i.e.*, 7 days after the filing of the opposition);

WHEREAS Plaintiff requested 28 days, *i.e.*, until June 10, 2024, to oppose the Motion, which is agreeable to Defendants so long as they may have until June 27, 2024 to file their reply, which date is two weeks before the July 11, 2024 hearing on the Motion;

NOW THEREFORE, Plaintiff and Defendants stipulate and agree, subject to the Court's approval, that (1) Plaintiff's opposition to the Motion will be due on June 10, 2024, and (2) Defendants' reply in support of the Motion will be due on June 27, 2024—which date is two weeks before the July 11, 2024 hearing on the Motion.

**IT IS SO STIPULATED.**

Dated:  May 14, 2024						TATRO TEKOSKY SADWICK LLP

							By:      /s/ *René P. Tatro*
								René P. Tatro, Esq.
								Attorneys for Defendants Pharmavite LLC
								and Nature Made Nutritional Products

Dated:  May 14, 2024						DOVEL & LUNER, LLP

							By:   /s/ *Simon Franzini*
								Simon Franzini, Esq.
								Rick Lyon, Esq.
								Attorneys for Plaintiff Guity Hamzeh

Dated:  May 14, 2024

FELDMAN SHEPHERD WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP

By: <u>  /s/ *Zachary Arbitman*           </u>
    Zachary Arbitman, Esq.
    George A. Donnelly, Esq.
    Attorneys for Plaintiff Guity Hamzeh

<u>SIGNATURE CERTIFICATION</u>

Pursuant to Local Rule 5-1(i)(3) of the Local Rules of the U.S. District Court for the Northern District of California, I certify that all signatories concur in the content of this document and have authorized the filing of this document.

Dated:  May 14, 2024

TATRO TEKOSKY SADWICK LLP

By: <u>    /s/ *René P. Tatro*              </u>
    René P. Tatro, Esq.
    Attorneys for Defendants Pharmavite LLC
    and Nature Made Nutritional Products

**ORDER**

Pursuant to the Stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that (1) Plaintiff may have until June 10, 2024 to file her opposition to the motion to dismiss and strike the Amended Complaint, and (2) Defendants may have until June 27, 2024 to file her reply thereto.

**IT IS SO ORDERED.**

DATED: <u>     5/17/2024        </u>

*Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge