Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Zachary Arbitman*
FELDMAN SHEPHERD WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
T: (215) 567-8300
F: (215) 567-8333

*admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUITY HAMZEH, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>PHARMAVITE LLC and NATURE MADE NUTRITIONAL PRODUCTS,<br><br>    *Defendants*. | Case No. 4:24-cv-00472-HSG<br><br>**JOINT STIPULATION AND ORDER**<br><br>**CLASS ACTION**<br><br>Hearing Date: May 1, 2025<br><br>Time: 2:00 p.m.<br><br>Courtroom: 2 (Fourth Floor)<br>Honorable Haywood S. Gilliam, Jr. |

Case No. 4:24-cv-00472-HSG

1   Plaintiff Guity Hamzeh and Defendants Pharmavite LLC and Nature Made Nutritional
2   Products (together, the "Parties"), through their respective counsel, stipulate as follows:
3   WHEREAS, the upcoming deadline for Plaintiff to respond to Defendant's Motion for Leave
4   to File a Motion for Reconsideration of the Court's Order Denying Defendants' Motion to Dismiss
5   the First Amended Complaint is March 21, 2025, pursuant to this Court's Notice on March 10, 2025
6   (ECF 57);
7   WHEREAS, Plaintiff has requested, and Pharmavite has agreed, subject to Court approval, to
8   extend the deadline for Plaintiff to respond to the Motion to March 31, 2025;
9   WHEREAS, the parties have agreed that Defendants may have until April 10, 2025 to reply to
10  Plaintiff's response.
11  NOW THEREFORE, the Parties through their respective counsel and subject to the Court's
12  approval hereby stipulate that:
13  The deadline for Plaintiff to respond to Motion for Leave to File a Motion for Reconsideration
14  is March 31, 2025.
15  The deadline for Defendants to file their reply is April 10, 2025.

**IT IS SO STIPULATED.**

FELDMAN SHEPHERD

Dated: March 18, 2025

*/s/ Zachary Arbitman*

Counsel for Plaintiff

TATRO TEKOSKY SADWICK LLP

Dated: March 18, 2025

*/s/ René P. Tatro*

Counsel for Defendants
Pharmavite LLC and Nature Made Nutritional Products

**Attestation of Compliance**

Pursuant to Local Rule 5-1(h)(3), I hereby certify that the content of this document is acceptable to René P. Tatro, attorney for Defendant, and that I obtained his authorization to file this document, indicated by a /s/ in lieu of signature(s) on this document.

Dated: March 18, 2025                        Respectfully submitted,

By: /s/ *Zachary Arbitman*
Zachary Arbitman*
FELDMAN SHEPHERD
WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
T: (215) 567-8300
F: (215) 567-8333

*admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED

3 | Date: 3/19/2025

*[signature: Haywood S. Gilliam Jr.]*

**HON. HAYWOOD S. GILLIAM, JR.**

**UNITED STATES DISTRICT JUDGE**