Michael F. Ram, SBN 104805
mram@forthepeople.com
Marie N. Appel, SBN 187483
mappel@forthepeople.com
Colin G. Losey, SBN 352223
colin.losey@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 846-3862

Zachary Arbitman*
FELDMAN SHEPHERD WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
T: (215) 567-8300
F: (215) 567-8333

*admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUITY HAMZEH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHARMAVITE LLC and NATURE MADE NUTRITIONAL PRODUCTS,<br><br>Defendants. | Case No. 4:24-cv-00472-HSG<br><br>**JOINT STIPULATION AND ORDER**<br><br>**CLASS ACTION**<br><br>Honorable Haywood S. Gilliam, Jr. |

1  Plaintiff Guity Hamzeh and Defendants Pharmavite LLC and Nature Made Nutritional
2  Products (together, the "Parties"), through their respective counsel, stipulate as follows:
3  WHEREAS, the upcoming deadline for the parties to e-file a stipulation and proposed order
4  presenting a revised case schedule is August 12, 2025 (ECF 89);
5  WHEREAS, the parties request, subject to Court approval, to extend the deadline to present a
6  revised case schedule to August 15, 2025;
7  NOW THEREFORE, the Parties through their respective counsel and subject to the Court's
8  approval hereby stipulate that:
9  The deadline to present a revised case schedule to August 15, 2025.

**IT IS SO STIPULATED.**

FELDMAN SHEPHERD

Dated: August 12, 2025    */s/ Michael F. Ram*

Counsel for Plaintiff

TATRO TEKOSKY SADWICK LLP

Dated: August 12, 2025    */s/ René P. Tatro*

Counsel for Defendants
Pharmavite LLC and Nature Made Nutritional Products

STIPULATION AND ORDER                           CASE NO. 4:24-cv-00472-HSG

1

**ATTESTATION OF COMPLIANCE**

Pursuant to Local Rule 5-1(h)(3), I hereby certify that the content of this document is acceptable to René P. Tatro, attorney for Defendant, and that I obtained his authorization to file this document, indicated by a /s/ in lieu of signature(s) on this document.

Dated: August 12, 2025

Respectfully submitted,

By: /s/ *Michael F. Ram*

Michael F. Ram, SBN 104805
mram@forthepeople.com
Marie N. Appel, SBN 187483
mappel@forthepeople.com
Colin G. Losey, SBN 352223
colin.losey@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 846-3862

Zachary Arbitman*
George A. Donnelly*
FELDMAN SHEPHERD
WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
T: (215) 567-8300
F: (215) 567-8333

Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Rick Lyon (Cal. Bar No. 229288) DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: 8/13/2025

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE