UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUITY HAMZEH,

         Plaintiff,

v.

PHARMAVITE LLC, et al.,

         Defendants.

Case No. 24-cv-00472-HSG

**SCHEDULING ORDER**

A case management conference was held on July 29, 2025. Having considered the parties' proposals, *see* Dkt. No. 93, the Court declines to bifurcate merits and class discovery, and **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to amend pleadings, without further leave to amend | November 5, 2025 |
| Parties to complete document production | January 9, 2026 |
| Fact discovery cutoff on issues related to class certification | March 6, 2026 |
| Deadline for Plaintiff to disclose expert witnesses pertaining to class certification | April 8, 2026 |
| Deadline for Defendants to disclose expert witnesses pertaining to class certification | May 8, 2026 |
| Deadline for depositions of Plaintiff's and Defendants' expert witnesses pertaining to class certification to be completed | July 6, 2026 |
| Deadline to file motion for class certification | August 3, 2026 |
| Deadline to file opposition to class certification motion and *Daubert* motions relating to Plaintiffs' expert witnesses | September 4, 2026 |

| | |
|---|---|
| pertaining to class certification | |
| Deadline to file reply to class certification motion, *Daubert* motions relating to Defendants' expert witnesses pertaining to class certification, and opposition(s) to Defendants' *Daubert* motion(s) | October 2, 2026 |
| Deadline to file opposition(s) to Plaintiffs' *Daubert* motion(s) | November 2, 2026 |
| Hearing on motion for class certification | December 3, 2026 at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:    8/21/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

2