✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern **District of** California

GUITY HAMZEH, individually and on behalf of all others similarly situated,

Plaintiff (s),

V.

PHARMAVITE LLC and NATURE MADE NUTRITIONAL PRODUCTS,

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:24-cv-00472-HSG

Notice is hereby given that, subject to approval by the court, **Plaintiff Guity Hamzeh** substitutes
(Party (s) Name)

Michael Francis Ram , State Bar No. 104805 as counsel of record in
(Name of New Attorney)

place of Rick Lyon; Simon Franzini .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Morgan & Morgan Complex Litigation Group
Address: 711 Van Ness Avenue, Suite 500, San Francisco, CA 94102
Telephone: (415) 846-3862      Facsimile (415) 358-6923
E-Mail (Optional): mram@forthepeople.com

I consent to the above substitution.

Date: 11/26/2025

*Guity Hamzeh*
Plaintiff Guity Hamzeh

I consent to being substituted.

Date: 9/5/25

Richard Lyon, Dovel & Luner, LLP, Former Attorney

Date: 11/20/2025

*Simon Franzini*
Simon Franzini, Dovel & Luner, LLP, Former Attorney

I consent to the above substitution.

Date: 11/12/2025

*Michael Ram*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 11/26/2025

*Haywood S. Gill, Jr.*
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**