UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUITY HAMZEH,<br><br>        Plaintiff,<br><br>   v.<br><br>PHARMAVITE LLC, et al.,<br><br>        Defendants. | Case No. 24-cv-00472-HSG<br><br>**ORDER [AS AMENDED] ON FIRST JOINT MOTION TO MODIFY THE SCHEDULING ORDER** |

AND NOW, upon consideration of the First Joint Motion to Extend Scheduling Order deadlines, it is hereby ORDERED that the Motion is granted. IT IS FURTHER ORDERED that the following scheduling deadlines shall be changed in this case:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Last day to produce documents and information other than sales data | n/a | June 9, 2026 |
| Deadline for Defendants' expert report(s) re: science | n/a | June 9, 2026 |
| Deadline for Plaintiff's expert report(s) re: science | n/a | July 9, 2026 |
| Close of all fact discovery | n/a | August 7, 2026 |
| Defendants' rebuttal expert report(s) | n/a | August 14, 2026 |
| Deadline for Defendants' motion for summary judgment re: science and | n/a | September 7, 2026 |

| | | |
|---|---|---|
| *Daubert* motion(s) relating to Plaintiffs' science expert(s)[1] | | |
| Deadline for Plaintiffs' opposition to Defendants' motion for summary judgment, *Daubert* motion(s) relating to Defendants' science expert(s), and opposition(s) to Defendant's *Daubert* motion(s) | n/a | October 8, 2026 |
| Defendants' reply in support of its motion for summary judgment and opposition(s) to Plaintiffs' *Daubert* motion(s) | n/a | October 29, 2026 |
| Last day to hear motion for summary judgment re: science and *Daubert* motions | n/a | November 12, 2026 |
| Deadline to complete initial ADR session | n/a | November 26, 2026 |
| Class certification and trial setting conference | n/a | December 10, 2026 at 2 p.m. |
| Class certification and trial dates | n/a | To be determined at trial setting conference |

The Parties remaining deadlines, as contemplated in the Court's initial case scheduling order, Dkt. No. 94, are hereby VACATED. The Court will set further deadlines at the trial setting conference.

**IT IS SO ORDERED.**

Dated: 12/22/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] Defendants may make a later motion for summary judgment on issues not addressed in the "science" motion.