UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUITY HAMZEH,  ,

    Plaintiff(s),

v.

PHARMAVITE LLC, et al,  ,

    Defendant(s).

Case No. 4:24-cv-00472-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Nicole A. Maruzzi, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Guity Hamzeh in the above-entitled action. My local co-counsel in this case is Michael Francis Ram, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 104805.

1845 Walnut St., Floor 21, Philadelphia, PA 19103
MY ADDRESS OF RECORD

215-567-8300
MY TELEPHONE # OF RECORD

nmaruzzi@feldmanshepherd.com
MY EMAIL ADDRESS OF RECORD

1390 Market St., Ste 200, San Francisco, CA 94102
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(628) 267-1537
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mram@forthepeople.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 333384.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 6, 2026

Nicole A. Maruzzi
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Nicole A. Maruzzi is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/6/2026

Haywood S. Gilliam Jr.
UNITED STATES DISTRICT JUDGE



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Nicole Maruzzi, Esq.*

#### DATE OF ADMISSION

*August 3, 2023*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated:  October 14, 2025**

*Darian Holland*

Darian Holland
Chief Clerk