United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUITY HAMZEH,

          Plaintiff,

    v.

PHARMAVITE LLC, et al.,

          Defendants.

Case No.  24-cv-00472-HSG

**AMENDED SCHEDULING ORDER**

The Court is in receipt of the parties' status report regarding the proposed schedule. *See* Dkt. No. 135. Having considered the parties' proposals, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Last day to produce documents and information other than sales data | August 7, 2026 |
| Deadline for Defendants' expert report(s) re: science | August 7, 2026 |
| Deadline for Plaintiff's expert report(s) re: science | September 8, 2026 |
| Close of all fact discovery | October 6, 2026 |
| Defendants' rebuttal expert report(s) | October 13, 2026 |
| Deadline for Defendants' motion for summary judgment re: science and *Daubert* motion(s) relating to Plaintiffs' science expert(s) | November 6, 2026 |
| Deadline for Plaintiffs' opposition to Defendants' motion for summary judgment, Daubert motion(s) relating to Defendants' science expert(s), and opposition(s) to Defendant's Daubert motion(s | December 7, 2026 |

| Defendants' reply in support of its motion for summary judgment and opposition(s) to Plaintiffs' Daubert motion(s) | December 28, 2026 |
|---|---|
| Last day to hear motion for summary judgment re: science and Daubert motions | January 14, 2027 at 2:00 p.m. |
| Deadline to complete initial ADR session | January 25, 2027 |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 7/7/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2