**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

GUITY HAMZEH, individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

PHARMAVITE LLC and NATURE MADE NUTRITIONAL PRODUCTS,

*Defendant*.

Case No. 4:24-cv-00472-HSG

Hon. Judge Haywood S Gilliam, Jr

**ORDER MODIFYING THE SCHEDULING ORDER (as modified)**

AND NOW, it is hereby ORDERED that the following scheduling deadlines shall be changed in this case:

| Event | Original Deadline | New Deadline |
| --- | --- | --- |
| Deadline for Plaintiff's expert report(s) re: science | September 8, 2026 | September 22, 2026 |

| | | |
|---|---|---|
| Defendants' rebuttal expert report(s) | October 13, 2026 | October 27, 2026 |
| Close of all fact discovery | October 6, 2026 | November 13, 2026 |
| Close of expert discovery re: science | | December 4, 2026 |
| Deadline for Defendants' motion for summary judgment re: science and *Daubert* motion(s) relating to Plaintiffs' science expert(s)[1] | November 6, 2026 | December 11, 2027 |
| Deadline for Plaintiffs' opposition to Defendants' motion for summary judgment, *Daubert* motion(s) relating to Defendants' science expert(s), and opposition(s) to Defendant's *Daubert* motion(s) | December 7, 2026 | January 18, 2027 |
| Defendants' reply in support of its motion for summary judgment and opposition(s) to Plaintiffs' *Daubert* motion(s) | December 28, 2026 | February 25, 2027 |
| Last day to hear motion for summary judgment re: science and *Daubert* motions | January 14, 2027 at 2:00 p.m. | March 11, 2027 at 2:00 p.m. |
| Deadline to complete initial ADR session | January 25, 2027 | March 25, 2027 |

IT IS SO ORDERED.

Dated: 9/2/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] Defendants may make a later motion for summary judgment on issues not addressed in the "science" motion.